\_\_\_\_ Priority
\_\_\_\_ Send
\_\_\_\_ Clsd
\_\_\_\_ Enter
\_\_\_\_ JS-5/JS-6
\_\_\_\_ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
APR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN DAWES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE SHORT TERM DISABILITY PLAN OF STATE STREET BANK AND TRUST COMPANY; THE LONG TERM DISABILITY PLAN OF STATE STREET BANK AND TRUST COMPANY,<br><br>　　　　Defendants. | CASE NO.:<br><br>CV 07-2801-GHK (SHx)<br><br>**JUDGMENT** |

Pursuant to our April 28, 2008 Order Re: Parties' Joint Trial Brief, **IT IS HEREBY ADJUDGED** that Plaintiff's claim is granted as to Defendants The Prudential Insurance Company of America and The Long Term Disability Plan of State Street Bank and Trust Company. Plaintiff shall have judgment on the Complaint against such Defendants in the amount prescribed by the Plan for the "own occupation" period. Pursuant to settlement, Plaintiff's claim against Defendant The Short Term Disability Plan of State Street Bank and Trust Company is dismissed. This matter is remanded to

//

the Defendants for determination of Plaintiff's eligibility for long term disability benefits for the "any occupation" period under the Plan.

**IT IS SO ORDERED.**

DATED: April 28, 2008

_____
GEORGE H. KING
United States District Judge